UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KALISI BLANCO, LLC,**

   Plaintiff,

v.                                                                   No. 4:22-cv-1140-P

**SUPERCUTS, INC.,**

   Defendant.

## FINAL JUDGMENT

This Final Judgment is issued as required by Federal Rule of Civil Procedure 58. In accordance with the Parties' Joint Stipulation of Dismissal (ECF No. 20):

It is **ORDERED, ADJUGED, and DECREED** that this civil action is **DISMISSED with prejudice**.

The Clerk is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **23rd day** of **June 2023.**

*[Signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE